UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 § 
ROEBUCK, DENNIS CLARK § Case No. 12-30591
 § 
Debtor(s) § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/20/2015 in Courtroom ,
          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/26/2015                     By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
ROEBUCK, DENNIS CLARK               §        Case No. 12-30591
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 16,627.25 |
| and approved disbursements of | $ 107.80 |
| leaving a balance on hand of[1] | $ 16,519.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,612.10 | $ 0.00 | $ 1,612.10 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 50.33 | $ 0.00 | $ 50.33 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,662.43 |
| Remaining Balance | $ 14,857.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,819.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 6,819.78 | $ 0.00 | $ 6,819.78 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,819.78 |
| | Remaining Balance | | | $ 8,037.24 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 30.94 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,006.30 .

Prepared By: /s/Peter N. Metrou
                                                Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Dennis Clark Roebuck  
    Debtor

Case No. 12-30591-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: arodarte      Page 1 of 1      Date Rcvd: Feb 27, 2015  
                      Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2015.
```
db              +Dennis Clark Roebuck,    589 Lakewood Farm Dr.,    Bolingbrook, IL 60490-3167
19264504        +Advocate Home Health,    1441 Branding Ave # 310,    Downers Grove, IL 60515-5624
19264505        +Apria Healthcare,    1300 W. Ogden Ave. #1,    Naperville, IL 60563-3915
19264507        +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19264508        +Dreyer Medical Clinic,    4100 Healthway Dr.,    Aurora, IL 60504-7905
19264509        +Edward Oros,    589 Lakewood Farm Dr.,    Bolingbrook, IL 60490-3167
19264510        +First National Bank of Omaha,    Attn: Bankruptcy Dept.,    14010 First National Bank Parkway,
                  Omaha, NE 68154-5232
19264511        +Harris Bank,    FIA Card Services,    PO Box 15026,    Wilmington, DE 19850-5026
19264512        +Rush Copley Hospital,    2000 Ogden Ave.,    Aurora, IL 60504-5893
19264514       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:  Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                  Frederick, MD 21701)
19264513         Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19686590         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2015 01:47:41
                  American InfoSource LP as agent for,    Apria Healthcare,    PO Box 248838,
                  Oklahoma City, OK   73124-8838
                                                                                              TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19264506      ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2015 at the address(es) listed below:
```
              Jaime Dowell    on behalf of Debtor Dennis Clark Roebuck jdowell@mckenna-law.com,
               debtor@mckenna-law.com, bankruptcy@mckenna-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```