UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROEBUCK, DENNIS CLARK | § | Case No. 12-30591 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:

Total Expenses of Administration:

---

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By: /s/Peter N. Metrou, Trustee_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DENNIS CLARK ROEBUCK |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Home Mortgage<br>8480 Stagecoach Circle<br>Frederick, MD 21701 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Home Health 1441 Branding Ave # 310 Downers Grove, IL 60515 | | | | | |
| | Apria Healthcare 1300 W. Ogden Ave. #1 Naperville, IL 60563 | | | | | |
| | Bank of America PO Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Dreyer Medical Clinic 4100 Healthway Dr. Aurora, IL 60504 | | | | | |
| | First National Bank of Omaha Attn: Bankruptcy Dept. 14010 First National Bank Parkway Omaha, NE 68154 | | | | | |
| | Harris Bank FIA Card Services PO Box 15026 Wilmington, DE 19850 | | | | | |
| | Rush Copley Hospital 2000 Ogden Ave. Aurora, IL 60504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank PO Box 5445 Portland, OR 97228 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-30591 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ROEBUCK, DENNIS CLARK | Date Filed (f) or Converted (c): | 07/31/12 (f) |
| | | 341(a) Meeting Date: | 08/27/12 |
| For Period Ending: | 04/16/15 | Claims Bar Date: | 11/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 589 Lakewood Farm Dr., Bolingbrook IL 60 | 95,000.00 | 0.00 | | 0.00 | FA |
| 2. 243 Winter St., Battle Creek, Michigan. Legal ID 8 | 25,750.00 | 25,750.00 | | 16,627.25 | FA |
| 3. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,250.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles | 200.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies | 2,818.00 | 0.00 | | 0.00 | FA |
| 9. Pension / Profit Sharing | 9,731.00 | 0.00 | | 0.00 | FA |
| 10. Stock | 126.73 | 0.00 | | 0.00 | FA |
| 11. Vehicles | 5,308.50 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $143,584.23    $25,750.00    $16,627.25    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's interest in WI RE sold. Claims reviewed. Ready for TFR.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 03/31/15

LFORM1     Ver: 18.04

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-30591 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ROEBUCK, DENNIS CLARK | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5165 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7153 | | |
| For Period Ending: | 04/16/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/14 | 2 | OMNI Community Credit Union<br>P.O. Box 1537<br>Battle Creek, MI 49016 | Sale of MI RE 1/2 int | 1110-000 | 16,627.25 | | 16,627.25 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,617.25 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.70 | 16,592.55 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.87 | 16,568.68 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.63 | 16,544.05 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.60 | 16,519.45 |
| 03/26/15 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,662.43 | 14,857.02 |
| | | | Fees 1,612.10 | 2100-000 | | | |
| | | | Expenses 50.33 | 2200-000 | | | |
| 03/26/15 | 005002 | American InfoSource LP as agent for<br>Apria Healthcare<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000001, Payment 100.45368% | | | 6,850.72 | 8,006.30 |
| | | | Claim 6,819.78 | 7100-000 | | | |
| | | | Interest 30.94 | 7990-000 | | | |
| 03/26/15 | 005003 | DENNIS CLARK ROEBUCK<br>589 LAKEWOOD FARM DR.<br>BOLINGBROOK, IL 60490 | Surplus Funds | 8200-002 | | 8,006.30 | 0.00 |

Page Subtotals 16,627.25 16,627.25

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-30591 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | ROEBUCK, DENNIS CLARK | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5165 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7153 | | |
| For Period Ending: | 04/16/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 16,627.25 | 16,627.25 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 16,627.25 | 16,627.25 | |
| | | | Less: Payments to Debtors | | | 8,006.30 | |
| | | | Net | | 16,627.25 | 8,620.95 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5165 | 16,627.25 | 8,620.95 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 16,627.25 | 8,620.95 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*